IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONALD R. SHEPHERD,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **E*TRADE SECURITIES LLC,** *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 25-1865 |

### ORDER

**AND NOW,** this 5th day of January 2026, upon consideration of Defendants' Motion to Compel Arbitration and Stay the Action [Doc. No. 7] and the responses thereto, and after oral argument on the matter, it is hereby **ORDERED** that the Motion is **GRANTED** as follows:

1. This action is hereby **REFERRED** to FINRA arbitration;

2. This action is **STAYED** until further Order of the Court pending completion of the arbitration proceeding; and

3. The parties, through counsel, are **ORDERED** to file a joint status report on or before **April 6, 2026**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**